MICHAEL FORASTIERE ET AL. *v.*
ROGER HIGBIE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 95 Conn. App. 652 (AC 25449), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Geraldine Ficarra,* in support of the petition.

Decided September 13, 2006

DANIEL HUGHES *v.* PAMELA HUGHES

The plaintiff's petition for certification for appeal from the Appellate Court, 95 Conn. App. 200 (AC 25767), is denied.

*Livia D. Barndollar,* in support of the petition.

*Gary I. Cohen,* in opposition.

Decided September 13, 2006

STATE OF CONNECTICUT *v.* EDWARD SINGER

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 95 Conn. App. 844 (AC 25846), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's appeal was not moot?"

The Supreme Court docket number is SC 17727.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

Decided September 13, 2006